TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Christine McGee*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine McGee f/k/a Christine Timpanaro,<br><br>           Plaintiff,<br><br>   vs.<br><br>NCC Business Systems, Inc.,<br>a Florida corporation,<br><br>           Defendant. | Case No.: 2:16-cv-04003-DMF<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, NCC Business Systems, Inc., in the above-captioned case have reached a settlement. The parties anticipate

1

1  filing a Stipulation of Dismissal with Prejudice as to Defendant NCC Business
2  Systems, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.
3
4  RESPECTFULLY SUBMITTED this 7th day of March, 2017.
5
6                                      KENT LAW OFFICES
7
8                           By:  /s/  Trinette G. Kent
9                           Trinette G. Kent
                            Attorneys for Plaintiff,
10                          Christine McGee